UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:00-CR-00076-PMP |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| LEROY ROOSEVELT MACK, ) | |
| ) | |
| Defendant. ) | |

Before the Court for consideration are the following twelve (12) motions filed *pro se* by Defendant Leroy Mack on April 16 and April 17, 2014: Motion for Immediate Halfway House (Doc. # 384); Motion for Immediate House Arrest (Doc. #385); Motion to Vacate Judgment on Revocation of Probation/SR (Doc. #386); Motion to Vacate Supervised Release (Doc. #387); Motion for Emergency Detention Hearing (Doc. #388); Motion for Lie Detector Test Conducted on P.O. (Doc. #389); Motion to Vacate on Abuse of Authority and Misconduct of P.O. Eric Christiane (Doc. #390); Motion for Oral Arguments (Doc. #392); Motion for Attorney of Record Monique Kirtley to Resubmit "All" Submitted Motions by Petitioner (Doc. # 395); Motion to Dismiss Revocation Sentencing Based on Selective & Vendictive (sic) Sentencing (Doc. # 396); Motion to Dismiss Revocation Sentencing Based on Hardship (Doc. #397); and Motion for A.U.S.A. to Respond to All Submitted Motions in a Timely Fashion (Doc. #398).

Defendant Mack is represented by counsel, to wit: Assistant Federal Public

Defender Monique Kirtley. Therefore, motions such as those above filed *pro se* by Defendant Mack are not cognizable.

**IT IS THEREFORE ORDERED** that each of the foregoing Motions are hereby DENIED.

DATED: April 24, 2014.

_____
PHILIP M. PRO
United States District Judge