# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | C/A 14-10192 |
| | ) | |
| Plaintiff-Appellee, | ) | 2:00-cr-00076-PMP-PAL-1 |
| vs. | ) | |
| | ) | |
| LEROY ROOSEVELT MACK, | ) | |
| | ) | |
| Defendant-Appellant. | ) | **ORDER** |
| | ) | |

Pursuant to the Court of Appeals order filed on May 27, 2014, granting the withdrawal of the Federal Public Defender and directing the appointment of counsel for appellant, IT IS HEREBY ORDERED that Angela H. Dows is appointed to represent Leroy Roosevelt Mack for this appeal. Ms. Dow's address is 1333 North Buffalo Drive, Suite 210, Las Vegas, Nevada 89128 and phone number is 702-794-4411.

Former counsel, Federal Public Defender's Office, is directed to forward the file to Ms. Dows forthwith.

The clerk is directed to forward a copy of this order to the Clerk of the 9th Circuit Court of Appeals.

DATED this __30th__ day of May, 2014.

Nunc Pro Tunc date: May 30, 2014.

_____
UNITED STATES DISTRICT JUDGE