UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:00-CR-00076-PMP |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| LEROY ROOSEVELT MACK, ) | |
| Defendant. ) | |

On June 30, 2014, Defendant Leroy R. Mack filed a Letter Motion (Doc. #418) advising the Court of his completion of anger management and other educational programs offered at FCI Phoenix, in a commendable effort to fulfill special conditions of supervision imposed by the Court in the Judgment (Doc. #379) entered March 26, 2014. In his letter, Mr. Mack further notes that the pendency of misdemeanor warrants issued by the City of Las Vegas Municipal Court inhibit his ability to participate in other educational programming at FCI Phoenix. As a result, Mr. Mack asks this Court to "run mentioned warrants with federal sentencing", or alternatively authorize appointed counsel on appeal, Angela Dows, Esq., to submit a motion to the Municipal Court to accomplish the same end. While this Court has no objection to Defendant Mack's sentence in the instant case running concurrent with any sentence imposed in relation to the matters pending in Las Vegas Municipal Court, this Court has no authority to order that sentences imposed in Municipal Court run concurrent with Mack's federal sentence, nor can this Court direct that

counsel appointed on appeal in this case file such a motion on Mr. Mack's behalf.

**IT IS THEREFORE ORDERED** that to the extent Leroy Mack seeks a further order of this Court relating to matters pending in the Municipal Court of the City of Las Vegas, said Letter Motion (Doc. #418) is DENIED.

DATED: July 7, 2014.

_____
PHILIP M. PRO
United States District Judge

2