UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:00-CR-00076-PMP-RJJ |
| Plaintiff, | **ORDER** |
| vs. | |
| LEROY ROOSEVELT MACK, | |
| Defendant. | |

Before the Court for consideration is Defendant Leroy Roosevelt Mack's Motion to Dismiss Based on Cruel and Unusual Punishment (Doc. #429) and Defendant Mack's Motion for Immediate Oral Arguments Regarding Motion to Dismiss (Doc. #431).

Mr. Mack has filed many motions for various forms of release while serving a prison sentence imposed by this Court several years ago. With respect to the instant motion, the Court finds no response from the Government need be filed, because upon review, the Court finds *sua sponte* that Defendant Mack's Motion to Dismiss Based on Cruel and Unusual Punishment (Doc. #429) is meritless on its face.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Dismiss (Doc. #429) and Motion for Oral Argument (Doc. #431) are **DENIED**.

DATED: November 12, 2014.

_____
PHILIP M. PRO
United States District Judge