# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>LEROY ROOSEVELT MACK,<br><br>     Defendant. | Case No. 2:00-cr-00076-LDG (PAL)<br><br>**ORDER** |

The defendant, Leroy Roosevelt Mack, has filed, *pro se*, numerous documents with the Court. A person represented by an attorney cannot file papers with the court; only counsel may file papers. 28 U.S.C. §1654. Because Mack is represented by counsel, and thus only his counsel may file papers, the Court will strike Mack's filings.

Accordingly, for good cause shown,

THE COURT **ORDERS** that the Clerk of the Court shall STRIKE Documents ## 466, 473, 474, 475, 476, 477, 478, 479, 480, 481, 482, and 483.

DATED this ____ day of October, 2015.

_____
Lloyd D. George
United States District Judge